IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60072
Summary Calendar
_____

WILLIAM EHIGIE EBOMOYI,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A29-400-160
- - - - - - - - - -
March 10, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Ehigie William Ebomoyi petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision to deny his application for asylum
and for a withholding of deportation.  He argues that the Board
erred by determining that he did not have a well-founded fear of
future persecution in Nigeria.  He also contends that the Board
erred in giving no weight to the politically-motivated killing of
his brother.  Finally, he objects to the Board's finding that
there was no country-wide persecution, because members of his

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

family remained safe in another part of Nigeria. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). The petition for review is DENIED.